ZADAR CONSTRUCTION & WOODWORKING, INC., Respondent, v CHARTER WOODWORKING CORP. et al., Appellants.—

A review of the entire record indicates that the defendant judgment debtor Spielvogel failed to sustain his burden of proving that the subject pension plan was exempt from execution by the plaintiff judgment creditor pursuant to CPLR 5205 *(see, Gilewicz v Goldberg,* 69 App Div 438; *see also, Tuckman v Hayward,* 26 Misc 2d 45; *Thorpe Elec. Supply v Deitz,* 104 Misc 2d 994). Mangano, J. P., Lawrence, Kooper and Rosenblatt, JJ., concur.